FILED

04/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0126

DUANE RONALD BELANUS,

Petitioner and Appellant,

v.

STATE OF MONTANA and TIM FOX,

Respondents and Appellees.

**GRANT OF EXTENSION**

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing therefor, Appellees are granted an extension of time to and including May 26, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 23 2020